# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:09-cr-00067-W

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| (1) ANTHONY L. JINWRIGHT | ) |
| | ) |

THIS MATTER is before the Court on Defendant's Motion to Dismiss or Alternatively, to Suppress Evidence (Doc. No. 13). For the reasons stated in open court during a motions hearing on October 8, 2009, the Defendant's Motion to Dismiss the Grand Jury Indictment is DENIED. However, the Court deferred its ruling on the narrow issue of whether evidence obtained by a grand jury subpoena is subject to suppression. The parties are to submit arguments to the Court on the legal authority to suppress grand jury evidence. The Court instructs the Government and Defendant to file supplemental memoranda of law no more than 2,000 words on this issue by October 22, 2009.

IT IS SO ORDERED.

Signed: October 8, 2009

Frank D. Whitney
United States District Judge