UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JINWRIGHT, et al., ) | |
| ) | |
| Defendant ) | |

THIS ROW is hereby reserved for credentialed media (including Court artists) only. Furthermore, credentialed media may enter and leave the Courtroom during court sessions so that members of the media can meet noon, afternoon, and evening deadlines.

BY ORDER OF THE COURT:

FRANK D. WHITNEY
United States District Judge

4/6/2010