UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00067-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| (1) ANTHONY L. JINWRIGHT ) | |
| (2) HARRIET P. JINWRIGHT ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* following several recent filings pertaining to the sentencing of Defendants. After discussion with counsel and for the reasons stated in open court, the Court HEREBY ORDERS the following documents to be unsealed: Filing of letters submitted by Defendants (Doc. Nos. 124 and 126); the expert report submitted by Defendant Mr. Jinwright (Doc. No. 125); the Government's Motion to Strike (Doc. No. 127); Defendant Mr. Jinwright's response to the Motion to Strike (Doc. No. 128); the Sentencing Memoranda filed by Defendants (Doc. Nos. 121 and 122); and Defendant Mrs. Jinwright's Motion for a Downward Departure and a Downward Variance (Doc. No. 123).

IT IS SO ORDERED.

Signed: December 8, 2010

Frank D. Whitney
United States District Judge