IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ANTHONY JINWRIGHT, ) | |
| AKA/ANTHONY LEROY JINWRIGHT. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and PRUDENTIAL.:

A judgment was entered on December 9, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Anthony Jinwright, aka/Anthony Leroy Jinwright, whose last known address is XXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,279,856.00. The balance on the account as of February 24, 2011, is $1,279,856.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Prudential is commanded to **turn over property** in which the defendant, Anthony Jinwright, has a substantial nonexempt interest, the said property being funds located in Prudential accounts including, but not limited to, account number XXXXX41294 and account number XXXXXXX7769, in the name of Anthony L Jinwright, aka/Anthony Leroy Jinwright, at the following address: Prudential, 30 Scranton Office Park, Scranton, PA 18507-1789.

Signed: February 25, 2011

_____
Frank D. Whitney
United States District Judge