IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ANTHONY JINWRIGHT, ) | |
| ANTHONY LEROY JINWRIGHT. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and WACHOVIA, A WELLS FARGO COMPANY.:

A judgment was entered on December 9, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Anthony Jinwright, aka/Anthony Leroy Jinwright, whose last known address is XXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,279,856.00. The balance on the account as of February 24, 2011, is $1,279,856.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Wachovia, a Wells Fargo company, is commanded to **turn over property** in which the defendant, Anthony Jinwright, aka/Anthony Leroy Jinwright, has a substantial nonexempt interest, the said property being funds located in Wachovia, a Wells Fargo company, accounts including, but not limited to, account number XXXXXXXX1511, in the name of Anthony Leroy Jinwright, aka/Anthony Jinwright, at the following address: Wells Fargo, 1 Wachovia Center, 30th Floor, 301 South College, Charlotte, NC 28288, Attention: Litigation Intake Paralegal.

Signed: February 25, 2011

_/s/ Frank D. Whitney_
Frank D. Whitney
**United States District Judge**