IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ANTHONY JINWRIGHT, ) | |
| AKA/ANTHONY LEROY JINWRIGHT. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and FIRST CITIZENS BANK.:

A judgment was entered on December 9, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Anthony Jinwright, aka/Anthony Leroy Jinwright, whose last known address is XXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,279,856.00. The balance on the account as of February 24, 2011, is $1,279,856.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and First Citizens Bank is commanded to **turn over property** in which the Defendant, Anthony Jinwright, aka/Anthony Leroy Jinwright, has a substantial nonexempt interest, the said property being funds located in First Citizens Bank accounts including, but not limited to, account number XXXXX9116, in the name of Anthony L. Jinwright, aka/Anthony Jinwright, at the following address: First Citizens Bank, Deposit Operations, Mailcode DAC15, PO Box 27131, Raleigh, NC 27611.

**SO ORDERED.**

Signed: March 22, 2011

_____
David S. Cayer
United States Magistrate Judge