IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ANTHONY JINWRIGHT. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and AMERIPRISE FINANCIAL SERVICES, INC.:

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Anthony Jinwright, whose last known address is XXXXXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,279,856.00. The balance on the account as of September 29, 2011, is $1,203,639.34.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Ameriprise Financial Services, Inc. is commanded to **turn over property** in which the defendant, Anthony Jinwright, has a substantial nonexempt interest, the said property being funds in accounts held by Ameriprise Financial Services, Inc., property including, but not limited to, brokerage account number XXXXXXXX8021, in the name of Anthony Jinwright, at the following address: Ameriprise Financial Services, Inc., 2695 Ameriprise Financial Center, Minneapolis, MN 55474.

Signed: October 3, 2011

David C. Keesler
United States Magistrate Judge