IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ANTHONY JINWRIGHT. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and AQUESTA BANK:

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Anthony Jinwright, whose last known address is XXXXXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,279,856.00. The balance on the account as of September 29, 2011, is $1,203,639.34.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Aquesta Bank is commanded to **turn over property** in which the defendant, Anthony Jinwright, has a substantial nonexempt interest, the said property being funds in accounts held by Aquesta Bank, property including, but not limited to, account number XXXXX6245, in the name of Anthony Jinwright, at the following address: Aquesta Bank, PO Box 700, Cornelius, NC 28031.

Signed: October 3, 2011

David C. Keesler
United States Magistrate Judge